| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Arnold H. Wuhrman, State Bar No. 167183**<br>**SERENITY LEGAL SERVICES, P.C.**<br>**41667 Ivy Street, Suite F-6**<br>**Murrieta, CA 92562**<br>**Telephone: (951) 304-3720**<br>**Facsimile: (951) 848-9340**<br>**E-mail:      Wuhrman@SerenityLLS.com**<br><br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for:*  **Angela Coppola fka Caserma, Deft.** | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** _____**RIVERSIDE**_____ **DIVISION**

</div>

| In re:<br><br>**ANGELA MARIA CASERMA,**<br><br><div align="right">**Debtor.**</div><br>_____<br><br>**JOHN CASERMA,**<br><br><div align="right">**Plaintiff,**</div><br>**v.**<br><br>**SHAUNA GRAMMATICO, et al.**<br><br><div align="right">**Defendants.**</div><br><br><div align="right">~~Debtor(s).~~</div> | CASE NO.:  **6:15-bk-15903-SY  A.P. #6:16-ap-01008-SY**<br><br>CHAPTER:  **7**<br><br>**NOTICE OF MOTION FOR:**<br><br>*JUDGMENT ON THE PLEADINGS*<br><br><br><br>*(Specify name of Motion)*<br><br>DATE:              **May 26, 2016**<br>TIME:              **9:30 a.m.**<br>COURTROOM:  **302, 3rd Floor**<br>PLACE:            **3420 Twelfth Street**<br>                        **Riverside, CA 92501** |

1.  TO (*specify name*): _____ **Plaintiff John Caserma** _____

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1                                     **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:    **April 27, 2017**

**SERENITY LEGAL SERVICES, P.C.**
Printed name of law firm

**/s/ Arnold H. Wuhrman**
Signature

**Arnold H. Wuhrman**
Printed name of attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**41667 Ivy Street, Suite F-6
Murrieta, CA 92562.**

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
__JUDGMENT ON THE PLEADINGS__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __4/27/2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Arturo Cisneros (TR)
amctrustee@mclaw.org,
acisneros@ecf.epiqsystems.com**

**United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __4/27/2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Mario Alvarado
The Alvarado Law Firm
29970 Technology Drive, Suite 117F
Murrieta, CA 92563
(Attorney For Plaintiff)**

**John A. Caserma
40280 Cambridge Street
Murrieta, CA 92563
(Plaintiff)**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __4/27/2016__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Defendant-Debtor
(VIA E-MAIL -- ADDRESS PROTECTED
BY ATTORNEY-CLIENT PRIVILEGE)**

**Hon. Scott H. Yun
United States Bankruptcy Judge
3420 Twelfth Street, Suite 345
Riverside, CA 92501
(VIA HAND DELIVERY)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| As to Mailing: **4/27/2016** | **Arnold H. Wuhrman** | | */s/ Arnold H. Wuhrman* |
| As to E-Filing: **4/27/2016** | **Arnold H. Wuhrman** | | */s/ Arnold H. Wuhrman* |
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                            Page 3                            **F 9013-1.1.HEARING.NOTICE**